AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:25-mj-00134 |
| Christopher Murphy | ) Assigned To: Judge Faruqui, Zia M. |
| | ) Assign. Date: 8/5/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Christopher Murphy,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § § 2252(a)(2) and (b)(1) (Distribution/Receipt of Child Pornography).

Date: 08/05/2025

*Issuing officer's signature*

City and state:     Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
                                            *Printed name and title*

### Return

This warrant was received on *(date)* 08/05/2025, and the person was arrested on *(date)* 08/08/2025
at *(city and state)* PHOENIX, AZ.

Date: 08/08/2025

*Arresting officer's signature*

Kelsey Shaffer, FBI Special Agent
*Printed name and title*

**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** John Z. Boyle | **Date:** August 11, 2025 | **SEALED** |
| **USA v. Christopher Murphy** | **Case Number:** 25-08394MJ-001-PHX-JZB | |

**Assistant U.S. Attorney:** Jacqueline Nan Schesnol
**Attorney for Defendant:** Chalet Braziel, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ Present  ☐ Not Present  ☒ Released  ☒ Custody  ☐ Summons  ☐ Writ

**Date of Arrest:** August 8, 2025

**INITIAL APPEARANCE ON A RULE 5 COMPLAINT:**

Initial Appearance on a Rule 5 out of the District of Columbia (Washington, DC) held. FINANCIAL AFFIDAVID TAKEN. The Court Appoints Chalet Braziel to represent the Defendant for hearings in the District of Arizona only. Brady Announcement given. Defendant waives the Identity Hearing. The Court finds that identity has been established.  The Court finds that identity has been established. Defendant advises counsel he wishes to reserve Hearings for the prosecuting district. Defendant to remain temporarily detained pending further proceedings.  Commitment to Another District Order to follow.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA** 3 min |
| **Deputy Clerk** Amber Ocamb | **ID:** 1 min |
| | **Start:** 2:56 PM |
| | **Stop:** 3:00 PM |

cc: AUSA, Def Cnsl, USMS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 25-08394MJ-01-PHX-JZB |
| Plaintiff, | **BRADY ORDER** |
| v. | (Filed under seal) |
| Christopher Murphy, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

Dated this 11th day of August, 2025.

Honorable John Z. Boyle
United States Magistrate Judge

cc: AUSA/Dft's Cnsl

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number: 25-08394MJ-001-PHX-JZB** |
| v. | **Charging District's Case No.** |
| **Christopher Murphy** | 1:25-mj-00134 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Columbia. The defendant may need an interpreter for this language: N/A.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   8/11/2025

_____
John Z. Boyle
United States Magistrate Judge

cc: AUSA, Def Cnsl/**USMS**)

AO 94 (Rev. 06/09) Commitment to Another District

CLOSED

## U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-08394-JZB-1 *SEALED*
## Internal Use Only

Case title: USA v. SEALED  
Plea Filings  
Other court case number: 1:25MJ134 District of Columbia

Date Filed: 08/11/2025  
Sentencing Filings  
Date Terminated: 08/12/2025

Assigned to: Magistrate Judge John Z Boyle

**Defendant (1)**

**Christopher Murphy**  
01253-512  
*TERMINATED: 08/12/2025*

represented by **Chalet Monique Braziel**  
Federal Public Defender's Office - Phoenix  
250 N 7th Ave., Ste. 600  
Phoenix, AZ 85007  
602-382-2700  
Fax: 602-382-2800  
Email: chalet_braziel@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2252(a)(2) and (b)(1)  
Distribution/Receipt of Child Pornography

**Disposition**

**Plaintiff**

**USA** represented by **Jacqueline Nan Schesnol**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7689
Email: jacqueline.schesnol@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2025 | 1 | Arrest (Rule 5 - District of Columbia Warrant) of Christopher Murphy. (MAP) (Entered: 08/11/2025) |
| 08/11/2025 | 2 | (Court only) **Pretrial Services Bail Report** as to Christopher Murphy filed by Pretrial Services. (MAP) (Entered: 08/11/2025) |
| 08/11/2025 | 3 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance in Rule 5(c)(3) Proceedings as to Christopher Murphy held on 8/11/2025. FINANCIAL AFFIDAVID TAKEN. The Court Appoints Chalet Braziel to represent the Defendant for hearings in the District of Arizona only. Defendant waives the Identity Hearing. Defendant advises counsel he wishes to reserve Hearings for the prosecuting district. Defendant to remain temporarily detained pending further proceedings. Commitment to Another District Order to follow. (Recorded by COURTSMART.) Hearing held 2:56 PM to 3:00 PM. (cc: AUSA/Dfns Cnsl/USMS) (MAP) (Entered: 08/12/2025) |
| 08/11/2025 | 4 | SEALED CJA 23 Financial Affidavit by Christopher Murphy. (MAP) (Entered: 08/12/2025) |
| 08/12/2025 | 5 | *SEALED* ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court. Signed by Magistrate Judge John Z Boyle on 8/11/25. (cc: AUSA/Dfns Cnsl) (MAP) (Entered: 08/12/2025) |
| 08/12/2025 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Christopher Murphy. Defendant Committed to District of Columbia. Signed by Magistrate Judge John Z Boyle on 8/11/25. (cc: AUSA/Dfns Cnsl/USMS) (MAP) (Entered: 08/12/2025) |
| 08/12/2025 |  | (Court only) ***Staff Notes as to Christopher Murphy: Pursuant to the Commitment Order filed, the following sealed documents are forwarded to the District of Columbia: 3-6, and docket sheet. (MAP) (Entered: 08/12/2025) |